## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Morton Grove Post #134 of the American Legion

                                                    Plaintiff,

v.                                                                                Case No.: 1:21–cv–00910
                                                                               Honorable John F. Kness

Village of Morton Grove, Illinois

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 8, 2021:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the Joint Initial Status Report [23] submitted by the parties. Upon review of the Report and the schedule recommended by the parties, the Court finds the schedule to be reasonable and thus adopts the parties' recommendations. Enter separate scheduling order. The initial status hearing set for 11/9/2021 is stricken and reset to 3/16/2022 at 09:30 AM. Defendant's motion to dismiss remains under advisement. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.