## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Morton Grove Post #134 of the American Legion

                                              Plaintiff,

v.                                                                        Case No.: 1:21–cv–00910
                                                                        Honorable John F. Kness

Village of Morton Grove, Illinois

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 3/16/2022. For the reasons stated on the record, Defendant' motion to dismiss [15] is denied. A continued status hearing is set for 5/17/2022 at 10:30 AM; parties shall use the same call–in information [22]. Counsel should contact the courtroom deputy if they request a settlement conference before the magistrate judge. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.