**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division**

Morton Grove Post #134 of the American Legion
                                      Plaintiff,

v.                                                                       Case No.: 1:21−cv−00910
                                                                          Honorable John F. Kness

Village of Morton Grove, Illinois
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 12, 2022:

    MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference (by videoconference) is set for 5/31/2022 at 2:00 p.m. All participants must be available at 1:30 p.m. that day to receive and open a link to Microsoft Teams and be instructed by the courtroom deputy on how to enable the video, unmute the sound, and navigate between a joint virtual room and separate virtual rooms. Plaintiff's counsel is to provide a settlement letter by 5/10/2022. Defense counsel is to provide a responsive letter by 5/24/2022. The letters are to be sent by e−mail to Chambers_Finnegan@ilnd.uscourts.gov on the due dates. The telephone status hearing set on 4/14/2022 is cancelled. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.