IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORTON GROVE POST #134 OF THE AMERICAN LEGION, an Illinois Not-for-Profit Corporation, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>)<br>) | 21 CV 00910 |
| v. | )<br>) | Honorable John F. Kness |
| VILLAGE OF MORTON GROVE, ILLINOIS, a home rule Municipal Corporation, | )<br>)<br>) | Judge Presiding |
| | ) | JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER UNDER RULE 16(b)

The Court has reviewed the parties' AGREED MOTION TO AMEND THE SCHEDULING ORDER that proposes a revised schedule and discovery plan. The Court finds good cause under F.R.Civ.P. 16(b)(4) in that the amended schedule will allow the parties to pursue mediation before Magistrate Finnegan with the view to avoiding additional expense and use of judicial resources. The Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | **August 31, 2022** |
| Disclosure of Plaintiff's Expert Report(s) | **September 30, 2022** |
| Deposition of Plaintiff's Expert | **October 31, 2022** |
| Disclosure of Defendant's Expert Report(s) | **November 30, 2022** |
| Deposition of Defendant's Expert | **January 2, 2023** |
| Dispositive Motions | **February 16, 2023** |

SO ORDERED.

Date: **April 25, 2022**

_____
JOHN F. KNESS
United States District Judge