IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MORTON GROVE POST #134 OF THE AMERICAN LEGION**, an Illinois Not-for-Profit Corporation, <br><br> Plaintiff, <br><br> v. <br><br> **VILLAGE OF MORTON GROVE, ILLINOIS,** a home rule Municipal Corporation, | 21 CV 00910 <br><br> Honorable John F. Kness <br> Judge Presiding <br><br> JURY TRIAL DEMANDED |

## STIPULATION TO DISMISS

Plaintiff, **MORTON GROVE POST #134 OF THE AMERICAN LEGION** ("Post 134"), and defendant, **VILLAGE OF MORTON GROVE, ILLINOIS,** (the "Village")(Post 134 and the Village collectively the "Parties"), hereby stipulate and agree to the dismissal of the case with prejudice and with the Parties to bear their own costs. In support of this stipulation, the Parties state as follows:

After mediation with the Honorable Magistrate Judge Sheila Finnegan, the Parties have agreed to dismiss this action and by this stipulation seek, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), voluntary dismissal, with prejudice, of Post 134's Amended Complaint.

| | |
|---|---|
| Attorneys for Plaintiff <br> Morton Grove Post #134 of the <br> American Legion <br><br> /s/ Gregory A. Bedell <br> Gregory A. Bedell LEAD <br> Knabe & Bedell <br> 33 N. Dearborn St, 10th Floor <br> Chicago, Illinois 60602 | Attorneys for Defendant <br> Village of Morton Grove, Illinois <br><br><br> /s/ Timothy V. Hoffman <br> Timothy V. Hoffman LEAD <br> Stephen M. Cady <br> SANCHEZ DANIELS & HOFFMAN LLP <br> 333 West Wacker Drive, Suite 500 |

312.977.9119
gbedell@kkbchicago.com

/s/ David G. Sigale
David G. Sigale
Law Firm of David G. Sigale
Glen Ellyn, IL 60137
630.452.4547/630.596.4445
dsigale@sigalelaw.com

Chicago, Illinois 60606
(312) 641-1555
thoffman@sanchezdh.com
scady@sanchezdh.com